```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KIRAN VUPPALA                                               :
                                    Plaintiff               :
                                                            :         19 Civ. 7677 (LGS)
           -against-                                        :
                                                            :         ORDER
THE GREEN BROOKLYN LLC, et al.                              :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 21, 2019 (Dkt. No. 9),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the November 21, 2019, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference, the parties shall file a joint request for mediation in the Court's mediation program with a proposed deadline for the mediation to occur or a joint request for a referral to the Magistrate Judge for settlement discussions.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: November 21, 2019
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE